**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

---

ERIBERTO MEZA CUEVAS,

     Petitioner,

v.                                                                    No. 2:26-cv-00831-MLG-LF

DORA CASTRO, Warden of Otero County
Detention Facility; MARY DE ANDA-YBARRA,
ICE District Director, Otero, New Mexico; KRISTI
NOEM, in her capacity as Secretary of Homeland
Security; PAM BONDI, in her capacity as Attorney
General of the United States,

     Respondents.

**<u>ORDER TO AMEND</u>**

Petitioner Eriberto Meza Cuevas, a Mexican citizen, is apparently detained at either the Cibola County Correctional Center in Milan, New Mexico, Doc. 1 at 3-4, 24, or the Torrance County Detention Center in Estancia, New Mexico, *id.* at 4. Although it is not clear where Meza Cuevas is currently detained, it appears he is not detained at the Otero County Detention Facility. *Id.* at 3-4, 24. But Meza Cuevas named the warden of the Otero County Detention Facility as a respondent. *See id.* at 1. Because "the warden of the facility where the prisoner is being held" is the proper respondent in a habeas case, *Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2004), Meza Cuevas must amend his Petition for Writ of Habeas Corpus and Incorporated Memorandum of Law In Support Thereof ("Petition"), Doc. 1, by 5 p.m. Thursday, April 2, 2026, to reflect where he is currently held and substitute the appropriate warden as a respondent.

Failure to comply with this Order may result in dismissal without further notice.

1

2

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA